# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:04cv209

| | |
|---|---|
| DEBRA J. FOWLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | JUDGMENT |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** having come before the court pursuant to 28, United States Code, Section 636(c) and upon plaintiff's Motion for Summary Judgment and the Commissioner's Motion for Summary Judgment, and having carefully considered such motions and reviewed the pleadings, and having found that the decision of the Commissioner of Social Security is supported by substantial evidence, as shown in the Memorandum of Decision filed simultaneously herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that plaintiff's Motion for Summary Judgment is **DENIED**, the Commissioner's Motion for Summary Judgment is **GRANTED**, and **JUDGMENT** is entered providing that the final decision of the Commissioner is **AFFIRMED**, and this matter is otherwise **DISMISSED**.

**Signed: May 17, 2005**

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge